IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:22-CV-127-BO

| | | |
|---|---|---|
| JONATHAN I. LOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CARLOS DEL TORO, *Secretary of the Navy*, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion to exempt this case from mandatory mediation and to eliminate the requirement to select a mediator within 21 days. [DE-20]. Under the court's local rules, "[c]ases wherein the United States is a party *or any party appears pro se* are not included within this automatic selection for mediation." Local Rule 101.1a(b) (emphasis added). The Plaintiff in this case appears pro se. Accordingly, this case was not automatically selected for mediation, and mediation has not otherwise been ordered by the court. Accordingly, the motion is denied as futile.

SO ORDERED, the 7th day of November, 2023.

Robert B. Jones, Jr.
United States Magistrate Judge